IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **AUBREY C. TRAIL,** | ) |
| | ) |
| *Petitioner,* | ) |
| | ) |
| v. | )   Case No. 24-cv-03032 |
| | ) |
| **ROB JEFFREYS, Director** | ) |
| | ) |
| *Respondent.* | ) |

## JOINT STATUS UPDATE

Comes now Petitioner, Aubrey C. Trail, through undersigned counsel, and, jointly with Respondent, submits this joint status report in accordance with this Court's July 3, 2024, Text Order (ECF 18):

1.  On July 3, 2024, this Court entered an order granting the Parties' Joint Motion to Stay the Court's Briefing Schedule while Mr. Trail appeals the denial of his motion for postconviction relief in the Nebraska Supreme Court. ECF 17. The Court ordered the Parties to submit a status report by October 1, 2024, and every 90 days thereafter until further order of the Court. ECF 18.

2.  Mr. Trail filed his brief in the Nebraska Supreme Court on November 15, 2024. The State filed its response brief on January 21, 2025, and Mr. Trail filed his reply brief on January 31, 2025.

3.  The Nebraska Supreme Court held oral argument on April 30, 2025. On May 30, 2025, the Nebraska Supreme Court denied Mr. Trail relief.

1

4.     Mr. Trail filed a Motion for Rehearing and a Motion to Stay the Mandate in the Nebraska Supreme Court on June 9, 2025. The State's time for filing a Response expired on June 20, 2025, without the filing of a Response. Mr. Trail's Motion for Rehearing is ready for disposition.

5.     Mr. Trail intends to file a petition for writ of certiorari in the United States Supreme Court. Mr. Trail has informed the State of this intent.

6.     The Parties agree that the stay in this case should not be lifted at this time, consistent with this Court's Order (ECF 18), because the proceedings in the Nebraska Supreme Court have not yet been resolved and Mr. Trail intends to pursue the subsequent procedural step in filing for certiorari in the United States Supreme Court.

7.     In keeping with this Court's Order, counsel for the Parties will work together and file a joint status update within 90 days, on or before September 22, 2025.

Respectfully Submitted,

/s/ *Laurence E. Komp*
LAURENCE E. KOMP (MO 40446)
MEREDITH H. SCHLACTER (NY 5321625)
AMANDA SCHENLEY (OH 102596)
Federal Public Defender
Western District of Missouri
1000 Walnut Street, Suite 600
Kansas City, MO 64106
Laurence_Komp@fd.org
Meredith_schlacter@fd.org
Mandi_schenley@fd.org
(816) 675-0923

*Counsel for Petitioner Aubrey C. Trail*

2

          MICHAEL T. HILGERS, #24483
          Nebraska Attorney General

          /s/ *Stacy M. Foust*
          Bar number: 23636
          Assistant Attorney General
          2115 State Capitol
          Lincoln, NE 68509-8920
          Telephone: (402) 471-2682
          Fax: (402) 471-3835
          Stacy.Foust@nebraska.gov

          *Counsel for Respondent*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 24, 2025, I filed the foregoing electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing and its viewing and downloading are hereby provided to all counsel of record by cooperation of the CM/ECF system.

          */s/ Laurence E. Komp*
          LAURENCE E. KOMP
          Assistant Federal Public Defender